IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-390 |
| | ) |
| VICTOR BIBIANO-GALLEGOS, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 3rd day of December, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 17, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, December 19, 2008 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Constance Bowden,
    Assistant United States Attorney

    Thomas Livingston,
    Assistant Federal Public Defender

    Ana Lahr,
    Court Interpreter

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation